IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HENRY DELUCA, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 14-545 |
| | ) | |
| | ) | District Judge Cathy Bissoon |
| LLOYD A. WHITE *Acting Chair, PA* | ) | Magistrate Judge Maureen P. Kelly |
| *Board of Probation and Parole*; KRAIG | ) | |
| WILLIAMS *Parole Agent*; MARK | ) | |
| CAPOZZA Warden, SCI Pittsburgh; | ) | |
| KATHERINE KANE *Attorney General of* | ) | |
| *the State of Pennsylvania*, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

On April 25, 2014, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates. On July 3, 2014, the magistrate judge issued a Report and Recommendation (Doc. 14) recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) be dismissed with prejudice for failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 30th day of July, 2014,

IT IS HEREBY ORDERED that the July 3, 2014 Report and Recommendation (Doc. 14) is adopted as the opinion of the Court. Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) is dismissed with prejudice for failure to prosecute.

s/ Cathy Bissoon
Cathy Bissoon
United States District Judge

cc:

All counsel of record by Notice of Electronic Filing

RICHARD HENRY DELUCA
JC-1282
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA 15233-0991